UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTINA PAYLAN,

        Debtor
_____

REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

        Plaintiff,

v.                                    Case No.  8:08-cv-1042-T-24

CHRISTINA PAYLAN a/k/a
CHRISTINA +GRUDZINSKI,

        Defendant.
_____/

**ORDER**

This cause comes before the Court on Appellant Christina Paylan's Motion for Leave to Appeal. (Doc. No. 2).  Appellee opposes the motion. (Doc. No. 1-6).

Appellant seeks leave to appeal the bankruptcy court's order finding that Appellee did not have notice or actual knowledge of Appellant's bankruptcy case in time to file a timely dischargeability action. (Doc. No. 1-4).  Specifically, Appellant takes issue with the fact that the bankruptcy court did not address the effect that its Order Withholding Discharge had on the deadline for filing a dischargeability action.

District courts have discretion to entertain interlocutory appeals of bankruptcy court orders.  See Laurent v. Herkert, 196 Fed. Appx. 771, 772 (11th Cir. Aug. 22, 2006)(citation omitted). "In order to obtain leave . . ., a party must demonstrate that: (1) the order presents a

controlling question of law; (2) over which there is a substantial ground for difference of opinion among courts; and (3) the immediate resolution of the issue would materially advance the ultimate termination of the litigation." See id. (citation omitted).

Upon review, the Court finds that Appellant has not shown that the bankruptcy court's order presents a controlling question of law over which there is a substantial ground for difference of opinion among courts.  Accordingly, it is ORDERED AND ADJUDGED that the motion for leave to appeal is **DENIED**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record